IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL CASE NO. 1:07-cr-00302-TCB |
| OLUBUNMI O. AKINYEMI, | |
| Defendant. | |

## ORDER

On September 12, 2016, Defendant Olubunmi Akinyemi filed a motion for early termination of his supervised release [45]. The U.S. Attorney's Office and Probation Office informed the Court that they do not oppose his motion. Accordingly, the motion is GRANTED. Akinyemi's supervised release is hereby TERMINATED.

SO ORDERED this 4th Day of October, 2016.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE